# D'Arrigo Bros. Co. of New York, Inc.

ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET · BRONX, NEW YORK 10474-7402 · TELEPHONE (718) 991-5900 · FAX (718) 991-0594

INVOICE # 260279  PAGE 1

**SOLD TO**
WATERMELON EXPRESS, LLC
177 OLD COUNTY RD
HIGGANUM, CT 06441

CUSTOMER NO. WATER
DATE 11/06/08

TERMS: NET 10 DAYS

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1495188 | 10/31 | 12 | 15 | HH ENGLISH CUKES | ME | 12.00 | 180.00 | | |
| 1495188 | 10/31 | . | 30 | ESCAROLE | USA | 12.00 | 360.00 | | |
| 1495188 | 10/31 | XLG | 40 | RED PEPPERS | | 17.00 | 680.00 | | |
| 1495188 | 10/31 | MED | 30 | GREEN SQUASH | ME | 15.00 | 450.00 | | |
| 1495189 | 10/31 | MED | 30 | YELLOW SQUASH | ME | 12.00 | 360.00 | | |
| 1495197 | 10/31 | . | 5 | BASIL | USA | 25.00 | 125.00 | | |
| 1495245 | 10/31 | DSA | 6 | LXRSE SPROUTS | | 24.00 | 144.00 | | |
| 4653100 | 10/31 | 120 | 10 | MACS | USA | 16.00 | 160.00 | | |
| 7793936 | 10/31 | 6 | 150 | HONEYDEWS | ME | 6.50 | 975.00 | | 3434.00 |
| 1495969 | 11/03 | DSA | 10 | LOOSE SPROUTS | | 22.00 | 220.00 | | |
| 1496000 | 11/03 | . | 4 | RASPBERRIES | USA | 27.00 | 108.00 | | |
| 4653661 | 11/03 | 120 | 240 | EMPIRE | USA | 15.00 | 3600.00 | | |
| 7794825 | 11/03 | . | 20 | CROWN BROCCOLI | USA | 22.00 | 440.00 | | |
| 7794825 | 11/03 | . | 20 | SCALLIONS | ME | 16.00 | 320.00 | | |
| 7795015 | 11/03 | . | 80 | PLUM TOMATOE | USA | 20.00 | 1600.00 | | 6288.00 |
| 1496586 | 11/04 | 8/1 | 108 | STRAWBERRIES | USA | 8.00 | 864.00 | | |
| 1496586 | 11/04 | . | 40 | SCALLIONS | USA | 10.00 | 400.00 | | |
| 1496586 | 11/04 | 48 | 20 | AVOCADOS | ME | 31.00 | 620.00 | | |
| 1496586 | 11/04 | . | 10 | DILL | USA | 16.00 | 160.00 | | |
| 1496587 | 11/04 | . | 80 | SUNTAN PEPPER | USA | 15.00 | 1200.00 | | |
| 4654766 | 11/04 | BAG | 90 | BAG CRIMSON SDLS | USA | 12.00 | 1080.00 | | |
| 7795902 | 11/04 | LGE | 80 | PLUM TOMATOE | ME | 14.00 | 1120.00 | | |
| 7795902 | 11/04 | . | 80 | MEDIUM RED ONION | USA | 6.50 | 520.00 | | |

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorneys fees and the costs of recovery."



---

# D'Arrigo Bros. Co.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER**
WATERMELON EXPRESS, LLC
177 OLD COUNTY RD
HIGGANUM, CT 06441

CUSTOMER NO. WATER
DATE 11/06/08
260279

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1495188 | 10/31 | 15 | 12.00 | |
| 1495188 | 10/31 | 30 | 12.00 | |
| 1495188 | 10/31 | 40 | 17.00 | |
| 1495188 | 10/31 | 30 | 15.00 | |
| 1495189 | 10/31 | 30 | 12.00 | |
| 1495197 | 10/31 | 5 | 25.00 | |
| 1495245 | 10/31 | 6 | 24.00 | |
| 4653100 | 10/31 | 10 | 16.00 | |
| 7793936 | 10/31 | 150 | 6.50 | 3434.00 |
| 1495969 | 11/03 | 10 | 22.00 | |
| 1496000 | 11/03 | 4 | 27.00 | |
| 4653661 | 11/03 | 240 | 15.00 | |
| 7794825 | 11/03 | 20 | 22.00 | |
| 7794825 | 11/03 | 20 | 16.00 | |
| 7795015 | 11/03 | 80 | 20.00 | 6288.00 |
| 1496586 | 11/04 | 108 | 8.00 | |
| 1496586 | 11/04 | 40 | 10.00 | |
| 1496586 | 11/04 | 20 | 31.00 | |
| 1496586 | 11/04 | 10 | 16.00 | |
| 1496587 | 11/04 | 80 | 15.00 | |
| 4654766 | 11/04 | 90 | 12.00 | |
| 7795902 | 11/04 | 80 | 14.00 | |
| 7795902 | 11/04 | 80 | 6.50 | |

PAY THIS AMOUNT $

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

# D'ARRIGO BROS. CO. of New York, Inc.

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 260279 PAGE 2

**SOLD TO**
WATERMELON EXPRESS, LLC
177 OLD COUNTY RD
HIGGANUM, CT 06441

CUSTOMER NO. WATER
DATE 11/06/08

TERMS: NET 10 DAYS

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | | PRICE | EXTENSION AMT | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 7796029 | 11/04 | | 28 | HEARTS ROMAINE | USA | 18.00 | 504.00 | | |
| 1497685 | 11/06 | | 80 | MESCLUN SALAD | USA | 7.00 | 560.00 | | |
| 1497685 | 11/06 | FCY | 25 | EGGPLANT | USA | 24.00 | 600.00 | | |
| 1497746 | 11/06 | XLG | 25 | GREEN PEPPERS | USA | 20.00 | 500.00 | | |
| 4656349 | 11/06 | BAG | 80 | BAG RED SDLS | USA | 8.00 | 640.00 | | |
| 4656349 | 11/06 | BAG | 90 | BAG THOMPSON SDLS | USA | 14.00 | 1260.00 | | |
| 4656490 | 11/06 | 32 | 20 | POMEGRANATES | USA | 22.00 | 440.00 | | |
| 7797681 | 11/06 | LGE | 120 | ASPARAGUS 11LB | PER | 8.00 | 960.00 | | |
| 7797681 | 11/06 | JBO | 80 | PLUM TOMATOE | USA | 18.00 | 1440.00 | | |
| 7797681 | 11/06 | 5x5 | 160 | VINE RIPE TOMATOE | USA | 23.00 | 3680.00 | | |
| 7797681 | 11/06 | | 84 | SPANISH ONION | USA | 12.50 | 1050.00 | | |
| 7797872 | 11/06 | | 40 | WRAPPED LETT | USA | 14.00 | 560.00 | | 11690.00 |

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER**
WATERMELON EXPRESS, LLC
177 OLD COUNTY RD
HIGGANUM, CT 06441

CUSTOMER NO. WATER
DATE 11/06/08
260279

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| DATE | QUANTITY | PRICE | REFERENCE | DAY TOTAL |
|---|---|---|---|---|
| 11/04 | 28 | 18.00 | 7796029 | 6468.00 |
| 11/06 | 80 | 7.00 | 1497685 | |
| 11/06 | 25 | 24.00 | 1497685 | |
| 11/06 | 25 | 20.00 | 1497746 | |
| 11/06 | 80 | 8.00 | 4656349 | |
| 11/06 | 90 | 14.00 | 4656349 | |
| 11/06 | 20 | 22.00 | 4656490 | |
| 11/06 | 120 | 8.00 | 7797681 | |
| 11/06 | 80 | 18.00 | 7797681 | |
| 11/06 | 160 | 23.00 | 7797681 | |
| 11/06 | 84 | 12.50 | 7797681 | |
| 11/06 | 40 | 14.00 | 7797872 | 11690.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

PAY THIS AMOUNT $ 27,880.00



# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 560-0544

**INVOICE # 261136**
PAGE 1

**SOLD TO:**
WATERMELON EXPRESS, LLC
177 OLD COUNTY RD
HIGGANUM, CT 06441

CUSTOMER NO.: WATER
DATE: 11/13/08

TERMS: NET 10 DAYS

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | QUANTITY | SIZE | DESCRIPTION | | PRICE | EXTENSION AMT | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1499061 | 11/10 | 25 | . | COLLARDS | USA | 12.00 | 300.00 | | |
| 7799908 | 11/10 | 56 | 9 | CANTALOPES | USA | 18.00 | 1008.00 | | |
| 7799908 | 11/10 | 30 | . | JBO SWEET POTATOES | USA | 10.00 | 300.00 | | |
| 7799908 | 11/10 | 25 | . | SCALLIONS | ME | 14.00 | 350.00 | | 1958.00 |
| 1499773 | 11/11 | 40 | MED | GREEN SQUASH | ME | 22.00 | 880.00 | | |
| 1499773 | 11/11 | 16 | MED | YELLOW SQUASH | USA | 15.00 | 240.00 | | |
| 1499773 | 11/11 | 40 | 10 | MANGOES | BRA | 6.00 | 240.00 | | |
| 1499773 | 11/11 | 10 | . | MUSHROOM 10LB | USA | 12.50 | 125.00 | | |
| 1499774 | 11/11 | 10 | . | MUSHROOM 10LB | USA | 15.00 | 150.00 | | |
| 7801032 | 11/11 | 28 | . | GREEN LEAF | USA | 16.00 | 448.00 | | |
| 7801032 | 11/11 | 14 | . | RED LEAF | USA | 15.00 | 210.00 | | |
| 7801032 | 11/11 | 80 | . | WRAPPED LETT | USA | 15.00 | 1200.00 | | |
| 7801032 | 11/11 | 84 | . | SPANISH ONION | USA | 12.00 | 1008.00 | | |
| 7801033 | 11/11 | 40 | . | GRAPE TOMATOES | USA | 22.00 | 880.00 | | 5381.00 |
| 1500370 | 11/12 | 20 | 12 | HH ENGLISH CUKES | ME | 12.00 | 240.00 | | |
| 1500370 | 11/12 | 10 | . | PLAIN PARSLEY | USA | 15.00 | 150.00 | | |
| 1500370 | 11/12 | 10 | . | CELANTRO | USA | 16.00 | 160.00 | | |
| 4660246 | 11/12 | 20 | 20 | CACTUS PEARS | USA | 10.00 | 200.00 | | |
| 4660246 | 11/12 | 20 | 50 | LOOSE HAYCHIA PRSMNS | USA | 20.00 | 400.00 | | |
| 4660246 | 11/12 | 48 | BAG | BAG THOMPSON SDLS | USA | 13.00 | 624.00 | | |
| 4660246 | 11/12 | 30 | BAG | BAG GLOBE | USA | 14.00 | 420.00 | | |
| 7802123 | 11/12 | 48 | . | CROWN BROCCOLI | ME | 14.00 | 672.00 | | 2866.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorneys' fees and the costs of recovery."

NOTICE:

---

# D'ARRIGO BROS. CO.
ESTABLISHED 1948

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5300

**CUSTOMER**
WATERMELON EXPRESS, LLC
177 OLD COUNTY RD
HIGGANUM, CT 06441

CUSTOMER NO.: WATER
DATE: 11/13/08
261136

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1499061 | 11/10 | 25 | 12.00 | |
| 7799908 | 11/10 | 56 | 18.00 | |
| 7799908 | 11/10 | 30 | 10.00 | |
| 7799908 | 11/10 | 25 | 14.00 | 1958.00 |
| 1499773 | 11/11 | 40 | 22.00 | |
| 1499773 | 11/11 | 16 | 15.00 | |
| 1499773 | 11/11 | 40 | 6.00 | |
| 1499773 | 11/11 | 10 | 12.50 | |
| 1499774 | 11/11 | 10 | 15.00 | |
| 7801032 | 11/11 | 28 | 16.00 | |
| 7801032 | 11/11 | 14 | 15.00 | |
| 7801032 | 11/11 | 80 | 15.00 | |
| 7801032 | 11/11 | 84 | 12.00 | |
| 7801033 | 11/11 | 40 | 22.00 | 5381.00 |
| 1500370 | 11/12 | 20 | 12.00 | |
| 1500370 | 11/12 | 10 | 15.00 | |
| 1500370 | 11/12 | 10 | 16.00 | |
| 4660246 | 11/12 | 20 | 10.00 | |
| 4660246 | 11/12 | 20 | 20.00 | |
| 4660246 | 11/12 | 48 | 13.00 | |
| 4660246 | 11/12 | 30 | 14.00 | |
| 7802123 | 11/12 | 48 | 14.00 | 2866.00 |

PAY THIS AMOUNT $

TERMS: NET 10 DAYS — RETURN WITH PAYMENT

