UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/09
```

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

         Plaintiff,

-against-

WATERMELON EXPRESS, LLC. and KATHLEEN ANNICELLI,

         Defendants.

Case No.: 09 CV 00407(DAB)

**DEFAULT JUDGMENT**

This action having been commenced on January 15, 2009, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was served on the defendant, KATHLEEN ANNICELLI, and proof of such service having been filed with the Court, and time for the defendant, KATHLEEN ANNICELLI, to answer the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendant, KATHLEEN ANNICELLI, in the liquidated amount of SEVENTY THOUSAND EIGHT HUNDRED THIRTY-TWO and 50/100 ($70,832.50) DOLLARS, with interest at 1.95% from October 31, 2008 in the amount of ONE THOUSAND ONE HUNDRED FIFTY ONE and 03/100 DOLLARS, plus costs and disbursements of this action in the amount of ONE HUNDRED NINETY and 00/100 ($190.00) DOLLARS amounting in all to SEVENTY TWO THOUSAND ONE HUNDRED SEVENTY THREE and 53/100 ($72,173.53) DOLLARS.

Dated: New York, New York
       May 22, 2009

*Deborah A. Batts*
U.S.D.J.

This document was entered on the docket on _____.

1